IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,<br>
Plaintiff,<br>
v.<br>
TOBY JUAN LOPEZ,<br>
Defendant.

Criminal Action No. 15-33M

**DEFENDANT'S MOTION FOR RETURN OF PASSPORT**

Toby Juan Lopez, by and through his undersigned counsel, Edson A. Bostic, Federal Public Defender, and Eleni Kousoulis, Assistant Federal Public Defender, hereby moves this Court for an Order returning Mr. Lopez's passport.

In support of this motion, Counsel avers as follows:

1. On February 11, 2015, Toby Juan Lopez was charged by criminal complaint with interstate communication of a threat to injure the person of another, in violation of 18 U.S.C. §875(c), at which time he was detained in custody.

2. On March 24, 2016, following a detention hearing, Mr. Lopez was released from custody on pre-trial release with conditions. As part of his conditions of release, Mr. Lopez was Ordered to surrender his passport.

3. On that same day, the Clerk's Office for the United States District Court for the District of Delaware took possession of Mr. Lopez's passport.

4. On April 22, 2016, the Honorable Sherry R. Fallon signed an Order dismissing the criminal complaint filed against Mr. Lopez.

5. In light of the fact that the charges against Mr. Lopez have been dismissed, it is

respectfully requested that Mr. Lopez's passport be returned to him.

WHEREFORE, it is respectfully requested that the Court issue an Order returning Mr. Lopez's passport to him.

Respectfully submitted,

*/s/Edson A. Bostic*
EDSON A. BOSTIC, ESQUIRE
Federal Public Defender

Dated: May 26, 2016

By: */s/ Eleni Kousoulis*
ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
Office of the Federal Public Defender
District of Delaware
800 King Street, Suite 200
Wilmington, DE 19801
302-573-6010
de_ecf@fd.org

Attorneys for Toby Juan Lopez